

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00060-CV

## IN RE JANA BOOTH

---

## Original Proceeding

---

# ORDER

---

Relator has filed a "joint or unopposed motion to dissolve temporary stay," asserting that ongoing events that have occurred since the parties' unsuccessful mediation necessitate the need to file an "emergency motion and/or request for a temporary restraining order."[1]  The motion asserts that the "events …, if true, raise serious and immediate questions that need consideration by the trial court."

The motion is granted in part.  The stay of all proceedings in the trial court is lifted, except that the trial court is stayed from entering a final judgment in the case below until further order of this Court.

---

[1] The motion also states that this recent issue may render this original proceeding moot.

If at any point the alleged emergency proceedings render moot this original proceeding, Relator's counsel is ordered to immediately advise the Court of that fact in writing.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed May 9, 2016
Do not publish

